UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAR 1 3 2006
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. ANNE E. THOMPSON |
| vs. | : | Criminal No. 04-373 (AET) |
| DARIUS FULLMER | : | ORDER |

This matter having come before the Court on the application of Defendant, Darius Fullmer, through his attorney, Robert A. Obler, Esquire, for an Order modifying the conditions of his present bail, and Assistant United States Attorney Charles McKenna having consented hereto, and for good cause shown;

IT IS on this 13th day of MARCH, 2006,

ORDERED that Darius Fullmer's bail is hereby modified with the following conditions added:

1. Mr. Fullmer is to report on a weekly basis to Pre-Trial Services.

2. A new Bond is to be prepared and signed by his parents as Guarantors.

3. The Bond can and will be forwarded to the District Court in South Carolina for their signature and returned upon execution.

All other present conditions of bail are continued with the above modifications added.

HON. ANNE E. THOMPSON, U.S.D.J.
UNITED STATES DISTRICT COURT