UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4211
_____

UNITED STATES OF AMERICA

v.

DARIUS FULLMER,

          Appellant,

_____

No. 06-4296
_____

UNITED STATES OF AMERICA

v.

ANDREW STEPANIAN,

          Appellant,

_____

No. 06-4339
_____

UNITED STATES OF AMERICA

v.

KEVIN KJONAAS

a/k/a Kevin Jonas
a/k/a Steve Shore
a/k/a Jim Fareer

KEVIN KJONAAS,

          Appellant,

_____

No. 06-4436
_____

UNITED STATES OF AMERICA

v.

JOSHUA HARPER,

          Appellant,

_____

No. 06-4437
_____

UNITED STATES OF AMERICA

v.

LAUREN GAZZOLA,

         Appellant,

_____

No. 06-4438
_____

UNITED STATES OF AMERICA

v.

STOP HUNTINGDON ANIMAL CRUELTY USA, INC.,

Appellant,

_____

No. 06-4447
_____

UNITED STATES OF AMERICA

v.

JACOB CONROY,

Appellant.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 04-cr-00373)
District Judge: Honorable Anne E. Thompson
_____

Argued January 6, 2009

Before: FUENTES and FISHER, <u>Circuit Judges</u> and DITTER,[*]
<u>District Judge</u>

---

[*] Honorable J. William Ditter, Jr., District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

_____

JUDGMENT

_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued by counsel on January 6, 2009.

On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered October 5, 2006, as to Defendants Stop Huntingdon Animal Cruelty; Kevin Kjonaas; Lauren Gazzola; Jacob Conroy; Andrew Stepanian; Joshua Harper; and Darius Fullmer be and the same are hereby AFFIRMED.

The cause is remanded to the District Court to create a payment schedule for the restitution.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED:  October 14, 2009